# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  **CAUSE NO. 1:23CR134-LG-BWR-1**

**STEVEN HOWSE**

## ORDER OF REVOCATION AND DETENTION

The Government filed an Ore Tenus Motion to Revoke Conditions of Release on April 1, 2025, that was opposed by Defendant Steven Howse. The Court consulted with the United States Probation and Pretrial Services Office concerning Defendant's conduct on supervised release. The Court also conducted a hearing on April 8, 2025, at which the parties had the opportunity to present evidence, testimony, and argument. After reviewing the argument and submissions of the parties, the record in this matter, and the applicable law, the Court finds that:

1. On December 12, 2024, Steven House entered a guilty plea before the Court on the charge of interstate travel in aid of racketeering enterprises in violation of 18 U.S.C. §1952(a)(3). Pending sentencing of this charge, the Court order defendant released on bail. Defendant was required to refrain from the use or possession of "controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner." Order [25] at 2. In addition, Defendant was forbidden from (a) "frequent[ing] places where controlled substances are illegally sold, used, distributed, or

administered," (b) "associat[ing] with any persons engaged in criminal activity," and (c) using "any mood-altering substance." *Id.* at 3.

2. On April 1, 2025, during urinalysis, Defendant tested positive for the presence of marijuana. Once confronted with a presumptive positive test for the presence of marijuana in his system, Defendant failed to admit to his use and possession of marijuana. He also did not provide an explanation for the test results. The test results were confirmed by laboratory analysis.

3. While on release, Defendant was also "restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer." *Id.* at 2. The Probation Officer who supervised Defendant on release determined that Defendant broke his curfew on at least two occasions. On January 23, 2024, the Court assigned a third-party custodian to supervise Defendant on release. She agreed to "notify the court immediately if the defendant violate[d] a condition of release." *Id.* However, she did not notify the Court of Defendant's marijuana use or his failure to comply with curfew.

4. The Court finds that there is probable cause to believe that the Defendant has committed a separate drug offense while on conditions of release

pending sentencing in violation of 18 U.S.C. § 3142(e). The Court also finds that pursuant to the factors set forth at 18 U.S.C. § 3142(g) there is no condition or combination of conditions of release that will assure that Defendant will not flee or a pose a danger to the safety of the community. In Court also finds that it unlikely that the defendant will abide by any condition or combination of conditions of release.

## CONCLUSION

Based upon the evidence produced at the hearing there is a rebuttable presumption that no condition or combination of conditions will reasonably assure that the Defendant will appear at sentencing or will not pose a danger to the community. 18 U.S.C. § 3148(b). The defendant has been unable to satisfy his burden of rebutting this presumption by clear and convincing evidence under 18 U.S.C. § 3143(a). The Court also finds that the Defendant is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. § 3148(b)(2)(B).

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Government's Ore Tenus Motion to Revoke Conditions of Release is **GRANTED**. Defendant's bond is revoked, and he shall be detained pending sentencing.

**SO ORDERED AND ADJUDGED** this the 9th day of April, 2025.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE